**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **MICHAEL CURRY,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**G&S GAS SERVICE, INC.,** )<br>)<br>)<br>**Defendant/Third-** )<br>**Party Plaintiff,** )<br>)<br>**ROADSAFE TRAFFIC SYSTEMS, INC.,** )<br>**JAMES R. HOOKER, and LISK** )<br>**TRUCKING, INC.,** )<br>)<br>**Third-Party** )<br>**Defendants.** )<br>_____) | **CIVIL ACTION NO. 5:22-cv-88 (MTT)** |

**ORDER**

Third-Party Plaintiff G&S Gas Service, Inc., ("G&S") is **ORDERED** to file a surreply to Third-Party Defendant RoadSafe Traffic Systems, Inc.,'s reply to its motion to dismiss. Doc. 30. In its surreply, G&S shall also address the basis of its assertion that an employer is entitled to immunity from contribution *only* if the employer actually pays workers' compensation benefits. Doc. 26 at 2. G&S shall file its surreply **no later than July 5, 2022.**

**SO ORDERED**, this 27th day of June, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT